Jennie Shaffner, Appellee, v. B. M. Shaffner, Appellant.

Gen. No. 18,016.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

Statement of the Case.

Appeal by B. M. Shaffner from an order committing him from contempt for failure to pay alimony.

B. M. SHAFFNER, *pro se.*

P. H. BISHOP, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

Abstract of the Decision.

This case is controlled by the decision in *Shaffner v. Shaffner,* Gen. No. 18,015, *ante,* p. 450.

